IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02146–EWN–BNB

CRAIG HOSPITAL, a Colorado nonprofit corporation, and CNS MEDICAL GROUP, P.C., a Colorado professional corporation,,

    Plaintiffs,

v.

GROUP & PENSION ADMINISTRATORS, INC., a Texas corporation,

    Defendant.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Teri Bates, Secretary

It is ORDERED that the motion to dismiss (#4) is hereby STRICKEN for failure to comply with the court's electronic filing procedures.  *See generally* Electronic Case Files User Manual, ch. 2. (available on court's web site).

Dated: November 2, 2005