IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02146–EWN–BNB

CRAIG HOSPITAL, a Colorado nonprofit corporation, and
CNS MEDICAL GROUP, P.C., a Colorado professional corporation,

    Plaintiffs,

v.

GROUP & PENSION ADMINISTRATORS, INC., a Texas corporation,

    Defendant.

## ORDER

This matter is before the court on "Plaintiffs' Motion to Strike Defendant's Notice of Removal and for Remand or, In the Alternative, Motion for Entry of Default and Default Judgment" (#6). It is becoming ever more apparent that counsel for defendant haven't the foggiest idea about basic practice in this court. While the court recognizes that they probably do not practice here regularly, it is incumbent on any attorney to learn the basic rules of the jurisdiction in which he practices. As the captioned motion recites, defendant filed a notice of removal in this case on October 26, 2005. The notice was not signed by any member of this court's bar. A motion to dismiss for lack of personal jurisdiction was filed on October 31, 2005,

but that motion was likewise not signed by a member of this court's bar.  Compounding the error, it did not comply with the court's electronic filing procedures.  This court's local rules, with counsel should have been familiar, provide:

> Only pro se individual parties and members of this court's bar may appear or sign pleadings, motions, or other papers. Any pleading, motion or paper listing in a signature block, or purporting to enter an appearance by, any other person, partnership, professional corporation, limited liability company, or other entity may be stricken.

D.C.COLO.L.CivR. 11.1A.  In accordance with the rule, the motion to strike is GRANTED and the notice of removal is STRICKEN.  Plainly, defendant has not timely removed the case.  Accordingly, the case is hereby REMANDED to the District Court for Arapahoe County, Colorado.  The motion for default is DENIED for lack of subject matter jurisdiction.

Dated this 8th day of November, 2005.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge